**CR 05  552**

PW:JED
F.#2002R0049

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 20 2005 ★

GLEESON, J.
BROOKLYN OFFICE

POHORELSKY, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

YEHUDA BENATAR,

    Defendant.

- - - - - - - - - - - - - - - - - X

I N F O R M A T I O N

Cr. No. 02-99 (S-2) (JG)
(T. 21, U.S.C., §§ 841(a)(1)
and 841(b)(1)(C); T. 18,
U.S.C., §§ 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

    In or about and between January 1998 and January 2002, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant YEHUDA BENATAR, together with others, did knowingly and intentionally distribute and possess with intent to distribute MDMA, a Schedule I controlled substance.

    (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); Title 18, United States Code, Sections 3551 et seq.)

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

552

F. #2002R00049
CR-02-99 (S-2) (JG)
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

YEHUDA BENATAR,
                    Defendant.

# INFORMATION

(T. 21, U.S.C., §§ 841 (a) (1) and 841(b) (1) (C);
T. 18, U.S.C., 371 and 3551 et seq.)

*A true bill.*

_____
                              *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
                              *Clerk*

*Bail,* $ _____

AUSA JONATHON E. DAVIS (718) 254-6298